UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **BENNIE RICE, ET AL.,** | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| **MARBLE SHOP, ET AL.,** | CASE NO: 18-1136-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulated Approval of Settlement and ORDER of DISMISSAL with Prejudice entered on March 1, 2019, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 3/4/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk